IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )       4:06CR3083<br>       v.  )<br>  )<br>GREGORY KLAUS,  )<br>  )       ORDER<br>             Defendant.  )<br>  ) | |

On the court's own motion,

IT IS ORDERED:

The sentencing hearing is continued from September 8 to September 22, 2006 at 9:00 a.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall appear at the hearing.

DATED this 1st day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge